THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHAN HOLLIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AUDIBLE, INC.,<br><br>Defendant. | Case No.: 2:24-cv-01999-TL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT AUDIBLE, INC. TO RESPOND TO THE COMPLAINT AND TO SET BRIEFING SCHEDULE** |

Plaintiff and Defendant hereby stipulate to extend until January 24, 2025 the deadline for Defendant to respond to Plaintiff's complaint (Dkt. 1), which was served on December 12, 2024 (Dkt. 10). Defendant's current response deadline is January 2, 2025. Good cause exists to grant an extension, given the upcoming holiday period and existing obligations of counsel in December and early January.

Defendant intends to file a motion to dismiss. The Parties stipulate to, and respectfully request that the Court adopt, the following schedule of briefing deadlines:

- Defendant will file its motion by January 24, 2025;
- Plaintiff will file his opposition by February 21, 2025; and
- Defendant will file its reply brief by March 7, 2025.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the undersigned Parties, and respectfully submitted for the Court's approval, that Defendant's deadline to respond to the complaint is extended until January 24, 2025, and that Defendant's motion to dismiss will be briefed according to the above schedule.

Dated:   December 19, 2024                              Respectfully submitted,

By: */s/ Jonas Jacobson*                                By: */s/ Brian D. Buckley*
Jonas Jacobson, WSBA No. 62890                          Brian D. Buckley, WSBA No. 26423

DOVEL & LUNER, LLP                                      **FENWICK & WEST LLP**
201 Santa Monica Blvd., Suite 600                       Brian D. Buckley, WSBA No. 26423
Santa Monica, CA 90401                                  401 Union Street, 5th Floor
Telephone:       310.656.7066                           Seattle, WA  98101
Facsimile: 310.656.7069                                 Telephone:       206.389.4510
Email:    jonas@dovel.com                               Facsimile:       206.389.4511
                                                        Email:    bbuckley@fenwick.com
*Attorneys for Plaintiff*

                                                        Jedediah Wakefield (admitted *pro hac vice*)
                                                        555 California Street, 12th Floor
                                                        San Francisco, CA 94104
                                                        Telephone:       415.875.2300
                                                        Facsimile:       415. 281.1350
                                                        Email:    jwakefield@fenwick.com

                                                        Charles E. Moulins (admitted *pro hac vice*)
                                                        Cortnay Cymrot (admitted *pro hac vice*)
                                                        902 Broadway, 18th Floor
                                                        New York, NY 10010
                                                        Telephone:       212.430.2600
                                                        Facsimile:       650.938.5200
                                                        Email:    cmoulins@fenwick.com
                                                                  ccymrot@fenwick.com

                                                        *Attorneys for Defendant AUDIBLE, INC.*

**SO ORDERED**.

Dated this 23rd day of December, 2024.

_____
THE HONORABLE TANA LIN

Presented by:

FENWICK & WEST LLP

By: */s/ Brian D. Buckley*
Brian D. Buckley, WSBA No. 26423

401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511
Email: bbuckley@fenwick.com

Counsel for Defendant
*AUDIBLE, INC.*