| | |
|---|---|
| | THE HONORABLE TANA LIN |

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| JONATHON HOLLIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AUDIBLE, INC.,<br><br>Defendant. | Case No.: 2:24-cv-01999-TL<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING DISCOVERY PENDING RULING ON AUDIBLE INC.'S MOTION TO DISMISS** |

**STIPULATION**

Plaintiff Jonathon Hollis and Defendant Audible, Inc., by and through their undersigned counsel, hereby stipulate as follows:

Plaintiff filed his Complaint against Defendant on December 4, 2024;

Defendant intends to move to dismiss Plaintiff's Complaint in its entirety;

Pursuant to the parties' stipulated briefing schedule, as approved by the Court on December 23, 2024, Defendant's motion to dismiss is due on January 24, 2025; Plaintiff's opposition is due on February 21, 2025; and Defendant's reply is due on March 7, 2025;

The parties met and conferred on January 10, 2025, and agreed that, in light of Defendant's potentially case-dipositive motion, a discovery stay serves the best interests of the parties and the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, and respectfully submitted for the Court's approval, that:

1. All discovery in this action should be stayed pending the resolution of Defendant's forthcoming motion to dismiss;

2. All initial discovery deadlines, including the deadline to serve Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) (currently scheduled for January 24, 2025) and the deadline to submit a Combined Joint Status Report and Discovery Plan pursuant to Fed. R. Civ. P. 26(f) (currently scheduled for February 7, 2025), should be vacated pursuant to this stay;

3. If Defendant's forthcoming motion to dismiss is denied in full or in part, the parties will meet and confer within 14 days of the Court's order denying the motion, and will submit to the Court a proposed schedule for resuming proceedings 21 days thereafter;

4. By entering into this stipulation, the parties do not waive any rights not specifically addressed herein or any right to seek other relief as may be appropriate.

Dated: January 13, 2025                    Respectfully submitted,

By: */s/ Jonas Jacobson*
Jonas Jacobson, WSBA No. 62890

**DOVEL & LUNER, LLP**
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone:     310.656.7066
Facsimile: 310.656.7069
Email:     jonas@dovel.com

*Attorneys for Plaintiff Jonathon Hollis*

By: */s/ Brian D. Buckley*
Brian D. Buckley, WSBA No. 26423

**FENWICK & WEST LLP**
Brian D. Buckley, WSBA No. 26423
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone:     206.389.4510
Email:     bbuckley@fenwick.com

Jedediah Wakefield (*pro hac vice*)
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:     415.875.2300
Email:     jwakefield@fenwick.com

Charles E. Moulins (*pro hac vice*)
Cortnay Cymrot (*pro hac vice*)
902 Broadway, 18th Floor
New York, NY 10010
Telephone:     212.430.2600
Email:     cmoulins@fenwick.com
            ccymrot@fenwick.com

*Attorneys for Defendant AUDIBLE, INC.*

JOINT STIPULATION AND ~~PROPOSED~~
ORDER TO STAY DISCOVERY
CASE NO.: 2:24-CV-01999-TL

- 2 -

FENWICK & WEST LLP
401 UNION ST., 5TH FLOOR
SEATTLE, WASHINGTON 98101

**[PROPOSED] ORDER**

The parties having stipulated to the following relief, the Court orders as follows:

1. All discovery in this action is stayed pending the resolution of Defendant's forthcoming motion to dismiss;

2. All initial discovery deadlines, including the deadline to serve Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) (currently scheduled for January 24, 2025) and the deadline to submit a Combined Joint Status Report and Discovery Plan pursuant to Fed. R. Civ. P. 26(f) (currently scheduled for February 7, 2025), are vacated pursuant to this stay;

3. If Defendant's forthcoming motion to dismiss is denied in full or in part, the parties will meet and confer within 14 days of the Court's order denying the motion, and will submit to the Court a proposed schedule for resuming proceedings 21 days thereafter;

4. By entering into this stipulation, the parties do not waive any rights not specifically addressed herein or any right to seek other relief as may be appropriate.

**SO ORDERED**.

Dated this 21st day of January, 2025.

_____
Tana Lin
United States District Judge

Presented by:

FENWICK & WEST LLP

By: */s/ Brian D. Buckley*
    Brian D. Buckley, WSBA No. 26423

    401 Union Street, 5th Floor
    Seattle, WA 98101
    Telephone: 206.389.4510
    Facsimile: 206.389.4511
    Email: bbuckley@fenwick.com

    Counsel for Defendant
    *AUDIBLE, INC.*